UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KUEHNER,<br>Plaintiff,<br>v.<br>ENVOY MORTGAGE, L.P.,<br>Defendant. | Case No. 18-cv-04504-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 15 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: February 22, 2019

_____
WILLIAM H. ORRICK
United States District Judge